UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | |
|---|---|
| ANGELA MARIE MCCOY, | ) |
| Plaintiff, | ) Civil Action No. 7: 20-052-DCR |
| V. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) **JUDGMENT** |
| Defendant. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order entered this date and 42 U.S.C. § 405(g), it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The final administrative decision of Defendant Andrew Saul, Commissioner of Social Security, is **AFFIRMED**.

2. Judgment is entered in favor of Defendant Saul with respect to all issues raised in this proceeding.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: January 6, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -